UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTONIO TYSON                                                    CIVIL ACTION

VERSUS                                                           NO. 08-4599

ROBERT C. TANNER - WARDEN, ET AL.                                SECTION: "C"(1)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections, including the amended objections, filed by the plaintiff to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Lieutenant Thomas Mitchell and Sergeant Brandon are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's federal claims against Warden Robert C. Tanner, Lieutenant William Deering, Sergeant Christopher Mitchell, Sergeant James Seal, Captain Kevin Luper, Major Jeff Williams, Sergeant Larry Weary, Sergeant Jeffrey Primes, Sergeant Charles Griffin, Sergeant Thomas Margiotta, Assistant Warden Bickham, and Lisa Ard are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's motion for summary judgment, Rec. Doc. 12, is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to amend his objections to the Magistrate Judge's Report, Rec. Doc. 25, is **GRANTED**.

New Orleans, Louisiana, this 25th day of August, 2009.

_____
**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**